# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Brittany Casalle Geralds, Debtor            Case No. 22-01741-JAW
                                                     **CHAPTER 13**

## NOTICE

   Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
   If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

   U.S. Bankruptcy Clerk
   U.S. Bankruptcy Court
   Thad Cochran U.S. Courthouse
   501 E. Court Street, Suite 2.300
   Jackson, MS 39201

   If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
   You must also mail a copy to the debtors' attorney:

   The Rollins Law Firm, PLLC
   P.O. Box 13767
   Jackson, MS 39236
   (601) 500-5533

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: February 17, 2026        Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer Ann Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O. Box 13767
                                            Jackson, MS 39236

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Brittany Casalle Geralds, Debtor                Case No. 22-01741-JAW
                                                         CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on 08/30/2022 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor's 2014 Nissan Altima ("Vehicle") was declared a total loss as a result of an automobile accident on December 1, 2025.

3. Debtor should surrender the Vehicle to the Creditor, American Credit Acceptance ("Creditor").

4. State Farm Insurance ("Insurance Company") should turn over all insurance proceeds covering the Vehicle to Creditor.

5. Creditor should transfer title of the Vehicle to Insurance Company

6. A Supplemental Schedule I and J (Dk #45) has been filed evidencing debtor's current income and expenses.

7. Debtor wishes for the Trustee to adjust the plan payment to the amount necessary to cease ongoing distributions to Creditor and to continue to pay the priority and secured claims as ordered in the confirmed Plan.

8. Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on February 18, 2026, to:

By USPS First Class Mail, Postage Prepaid:

    American Credit Acceptance
    961 East Main St.
    Spartanburg, SC 29302

    American Credit Acceptance, LLC
    c/o C. T. Corporation System
    8927 Lorraine Rd. Suite 204-A
    Gulfport, MS 39503

    State Farm Claims
    P.O. Box 52250
    Phoenix, AZ. 85072-2250

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                                   /s/ Thomas C. Rollins, Jr.
                                                   Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Brittany Casalle Geralds

CASE NO: 22-01741-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 2/18/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/18/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>Brittany Casalle Geralds | CASE NO: 22-01741-JAW<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 2/18/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/18/2026

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS                        FIRST CLASS                              FIRST CLASS

AMERICAN CREDIT ACCEPTANCE         AMERICAN CREDIT ACCEPTANCE, LLC          STATE FARM CLAIMS
961 EAST MAIN ST.                  C/O C. T. CORPORATION SYSTEM             P.O. BOX 52250
SPARTANBURG SC 29302               8927 LORRAINE RD. SUITE 204-A            PHOENIX AZ 85072-2250
                                   GULFPORT MS 39503
```