# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Brittany Casalle Geralds, Debtor              Case No. 22-01741-JAW
                                                         CHAPTER 13

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtor shall surrender the 2014 Nissan Altima to the Creditor, American Credit Acceptance. State Farm Insurance shall turn over all insurance proceeds covering the Vehicle to Creditor, American Credit Acceptance. Creditor shall transfer title of the Vehicle to Insurance Company. Trustee shall cease ongoing payments to Creditor for the Vehicle. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR