**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                   CHAPTER 13 NO.:

**BRITTANY CASALLE GERALDS**                                          22-01741 – JAW

**TRUSTEE'S RESPONSE TO**
**DEBTOR'S MOTION TO MODIFY PLAN**

   COMES NOW Trustee, Harold J. Barkley, Jr., and files his Response to the Debtor's Motion to Modify Plan (DK # 46); and in support thereof would most respectfully show unto this Honorable Court as follows:

   1. That, the Trustee should be authorized to make no further payment on the secured claim of American Credit Acceptance, after application of any insurance proceeds.

   2. That, the Debtor should provide the Trustee with any available contact information for the State Farm Representative processing the accident claim. All insurance proceeds should be delivered to the Truste for disbursement.

   3. Other grounds to be shown at a hearing hereon.

   WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response, and for such other, further, and general relief to which the Trustee and this bankruptcy estate may be entitled.

   Dated: February 19, 2026

                Respectfully submitted,

                /s/ Harold J. Barkley, Jr.
                HAROLD J. BARKLEY, JR. – MSB #2008
                CHAPTER 13 TRUSTEE
                POST OFFICE BOX 4476
                JACKSON, MS 39296-4476
                PHONE: 601/362-6161
                FAX: 601/362-8826
                E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

       I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Jennifer A. Curry Calvillo
jennifer@therollinsfirm.com

Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Brittany Casalle Geralds
471 Nod Road
Benton, MS 39039

American Credit Acceptance
961 East Main Street
Spartanburg, SC 29302


Dated:  February 19, 2026

                                          /s/ Harold J. Barkley, Jr.
                                          HAROLD J. BARKLEY, JR.