

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: April 10, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| BRITTANY CASALLE GERALDS | 22 - 01741 – JAW |

### AGREED ORDER

THIS CAUSE came before the Court on the Debtor's Motion to Modify (DK # 46) and the Debtor's Response (DK # 47); and the parties agree as follows:

THAT, the Debtor's Motion to Modify is granted.

THAT, the Debtor's Plan is hereby modified to surrender the 2014 Altima to American Credit Acceptance and the Trustee is authorized to make no further payments on American Credit Acceptance's secured claim.

THAT, the Debtor's wage deduction order shall be amended as necessary to comply with the terms of this Agreed Order and to complete within the plan term.

**##END OF ORDER##**

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

/s/Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR