United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                    Case No. 22-01741-JAW

Brittany Casalle Geralds                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                        User: mssbad                                  Page 1 of 2

Date Rcvd: Apr 10, 2026                     Form ID: pdf012                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

**Recip ID              Recipient Name and Address**
db                 +    Brittany Casalle Geralds, 471 Nod Rd, Benton, MS 39039-8301

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:

**Name                          Email Address**

Harold J. Barkley, Jr.
                                on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com,
                                hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
                                HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Jennifer A Curry Calvillo
                                on behalf of Debtor Brittany Casalle Geralds jennifer@therollinsfirm.com
                                jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                                on behalf of Debtor Brittany Casalle Geralds trollins@therollinsfirm.com
                                jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                                nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                                USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-3                     User: mssbad                           Page 2 of 2
Date Rcvd: Apr 10, 2026                  Form ID: pdf012                        Total Noticed: 1
TOTAL: 5



SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: April 10, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                        CHAPTER 13 NO.:

BRITTANY CASALLE GERALDS                                         22 - 01741 - JAW

### AGREED ORDER

THIS CAUSE came before the Court on the Debtor's Motion to Modify (DK # 46) and the Debtor's Response (DK # 47); and the parties agree as follows:

THAT, the Debtor's Motion to Modify is granted.

THAT, the Debtor's Plan is hereby modified to surrender the 2014 Altima to American Credit Acceptance and the Trustee is authorized to make no further payments on American Credit Acceptance's secured claim.

THAT, the Debtor's wage deduction order shall be amended as necessary to comply with the terms of this Agreed Order and to complete within the plan term.

**##END OF ORDER##**

AGREED:

/s/Joshua C. Lawhorn                                              /s/Thomas C. Rollins, Jr.
JOSHUA C. LAWHORN – MSB # 103902                   THOMAS C. ROLLINS, JR.
ATTORNEY FOR TRUSTEE                                       ATTORNEY FOR DEBTOR
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM