United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 22-01741-JAW
Brittany Casalle Geralds Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Nov 13, 2026 Form ID: ntcdsm Total Noticed: 28

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Brittany Casalle Geralds, 471 Nod Rd, Benton, MS 39039-8301 |
| 5140732 | + | A-1 Check Cashing, 607 C Hwy 51, Ste C, Ridgeland, MS 39157-2147 |
| 5140734 | + | Anesthesia Associates, 1151 N State St #311, Jackson, MS 39202-2407 |
| 5140736 | + | Baptist Memorial Group, 1887 Spillway Rd, Brandon, MS 39047-6066 |
| 5140739 | + | Cathy Thompson, P.O. Box 56, Benton, MS 39039-0056 |
| 5140741 | | GI Associates, P.O. Box 1970, Cary, NC 27512 |
| 5140745 | + | Jackson Healthcare for, PO Boc 98168, Jackson, MS 39298-8168 |
| 5140747 | | Lake After Hours, 31985 LA-16, Denham Spring, LA 70726 |
| 5140746 | | Lake After Hours, 31985 LA-16, Denham Springs, LA 70726 |
| 5148706 | + | MS Installment Loan, Inc., MS Installment Loans, Inc., 607 C Hwy 51, Ridgeland, MS 39157-2147 |
| 5140748 | | Msu, P.o. Box 032227, Starkville, MS 39759 |
| 5140750 | + | Our Lady of the Lake, 5000 Hennessy Blvd, Baton Rouge, LA 70808-4367 |
| 5140752 | | Transfinancial Compani, 722 Picardy Ave, Baton Rouge, LA 70809 |
| 5140754 | | US Dept of Education, PO Box 5202, Greenville, TX 75403-5202 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 5140733 | + | Email/Text: bankruptcy@acacceptance.com | Nov 13 2026 19:14:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 5140735 | + | Email/Text: nlorenz@bankofmissouri.com | Nov 13 2026 19:14:00 | Bank of Missouri, 216 W 2nd St, Dixon, MO 65459-8048 |
| 5140737 | + | EDI: CAPITALONE.COM | Nov 14 2026 00:15:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5140738 | + | Email/Text: bkinfo@ccfi.com | Nov 13 2026 19:14:00 | Cash Central, P.O. Box 535, Dublin, OH 43017-0535 |
| 5140740 | + | Email/Text: kelsey.grisham@gulfsouthlegal.com | Nov 13 2026 19:14:00 | Couch Lambert LLC, 3501 N Causeway Blvd, Suite 800, Metairie, LA 70002-3625 |
| 5140743 | | EDI: IRS.COM | Nov 14 2026 00:16:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5140742 | | Email/Text: bankruptcy@glsllc.com | Nov 13 2026 19:14:00 | Global Lending Service, 1200 Brookfield Blvd, #300, Greenville, SC 29607 |
| 5153726 | | Email/Text: bankruptcy@glsllc.com | Nov 13 2026 19:14:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5140744 | + | Email/Text: ebone.woods@usdoj.gov | Nov 13 2026 19:14:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5140749 | + | Email/Text: Collectionsdept@noffcu.org | Nov 13 2026 19:14:00 | New Orleans Fireman CU, P.O. Box 689, Metairie, LA 70004-0689 |

| | | | |
|---|---|---|---|
| 5140751 | + Email/Text: wesayyes@premiercredit.com | Nov 13 2026 19:14:00 | Premier Cr, 139 Del Norte Ave, Denham Springs, LA 70726-4816 |
| 5145103 | + Email/Text: wesayyes@premiercredit.com | Nov 13 2026 19:14:00 | Premier Credit Corporation, 139 Del Norte Ave, Denham Springs LA 70726-4816 |
| 5140753 | ^ MEBN | Nov 13 2026 19:10:38 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5140755 | + Email/Text: ebone.woods@usdoj.gov | Nov 13 2026 19:14:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Brittany Casalle Geralds jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brittany Casalle Geralds trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 22−01741−JAW
Chapter: 13

In re:
Brittany Casalle Geralds
471 Nod Rd
Benton, MS 39039

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−9189

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on November 13, 2026.

Dated: 11/13/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600